IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00830-WDM-MEH

HARRY PTASYNSKI,

    Plaintiff,

v.

CO2 CLAIMS COALITION, LLC, a Colorado Limited Liability Company, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 21, 2006.**

Based upon the Order issued by the Honorable Walker D. Miller on this date (Docket #142), the Defendants' Motion to Life Stay on Discovery [Filed October 27, 2005; Docket #136] is **granted.** A Scheduling/Status Conference will be set in this regard under separate order.