IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00830-WDM-MEH

HARRY PTASYNSKI,

    Plaintiff,

v.

CO2 CLAIMS COALITION, LLC, a Colorado Limited Liability Company, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2006.**

    Defendants' Motion to Strike New Argument in Plaintiff's Reply Brief or, in the Alternative, Motion for Leave to File Sur-Reply as to New Argument in Plaintiff's Reply Brief [Filed October 24, 2006; Docket #211] is **denied.**