IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 02-cv-00830-WDM-MEH


HARRY PTASYNSKI,

        Plaintiff,

v.

CO2 CLAIMS COALITION, LLC, a Colorado Limited Liability Company, et al.,

        Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 27, 2006.**

        Plaintiff's Notice of Request for Court Reporter and Authority [Filed October 26, 2006; Docket #220] is **denied.**