IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   02-WM-00830-WDM-MEH

HARRY PTASYNSKI,

        Plaintiff(s),

v.

JOHN M. COGSWELL, JAMES LEO CROWLEY, DAVID C. HJELMFELT, MICHAEL J.
HEAPHY, ALBERT GARY MAHEFFEY, BILL BEARD AND SIDNEY R. CLARKE, III,

        Defendant(s).
_____

## ORDER
_____

        Defendant  Mahaffey's Motion to Vacate April 16 Trial Date is before me.  This

date was scheduled by all counsel after they had filed a stipulation to vacate a

scheduled trial and provided the court with specific dates to be excluded when resetting

the case.  Exclusions did not include the trial date even though it is supposedly of great

personal importance to one counsel.  That counsel's motion is inconsistent with orderly

procedures of scheduling many busy people.  The motion is denied.

        DATED at Denver, Colorado, on December 15, 2006.

                                        BY THE COURT:


                                        s/ Walker D. Miller
                                        United States District Judge