# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 02-WM-00830-WDM-MEH

HARRY PTASYNSKI,

    Plaintiff,

v.

JOHN M. COGSWELL, JAMES LEO CROWLEY, DAVID C. HJELMFELT, MICHAEL J. HEAPHY, ALBERT GARY MAHEFFEY, BILL BEARD AND SIDNEY R. CLARKE, III,

    Defendants.

**ORDER**

UPON CONSIDERATION of Plaintiff's and Defendants John M. Cogswell's, James L. Crowley's, David C. Hjelmfelt's and Michael J. Heaphy's Stipulation that the Plaintiff's Motion to Alter or Amend and to Vacate the March 19, 2009 Judgment Pursuant to Fed. R. Civ. P. 59(e) and to Vacate the Court's March 18, 2009 Attorneys Fee Order [Doc. 304] be granted, and that the March 19, 2009 Judgment [Doc. 303] and the Court's March 18, 2009 Attorneys Fee Order [Doc. 302] be vacated, and that an amended judgment should enter dismissing this matter with prejudice, each party to bear their own attorneys fees and costs, I am fully advised in the matter and the parties' Stipulation should be an Order of this Court.

IT IS THEREFORE ORDERED:

(1) Plaintiff's Motion to Alter or Amend and to Vacate the March 19, 2009 Judgment Pursuant to Fed. R. Civ. P. 59(e) and to Vacate the Court's March 18, 2009 Attorneys Fee Order [Doc. 304] is granted;

(2) The Judgment entered March 19, 2009 [Doc. 303] is vacated;

(3) The Court's Order dated March 18, 2009 [Doc. 302] is vacated; and

(4) An Amended Judgment shall be entered dismissing this action as between Plaintiff and Defendants John M. Cogswell, James L. Crowley, David C. Hjelmfelt and Michael J. Heaphy, each party to bear their own attorneys fees and costs.

Dated: June 2, 2009

BY THE COURT

_____
United States District Court Judge