IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00830-WDM-MEH

HARRY PTASYNSKI,

    Plaintiff,

v.

JOHN M. COGSWELL, JAMES LEO CROWLEY, DAVID C. HJELMFELT, MICHAEL J. HEAPHY, ALBERT GARY MAHEFFEY, BILL BEARD AND SIDNEY R. CLARKE, III,

    Defendants.
_____

## AMENDED JUDGMENT
_____

Pursuant to and in accordance with the Order (Doc. 313) entered by Judge Walker D. Miller on June 2, 2009, incorporated herein by reference, it is

ORDERED:

1.    Plaintiff's Motion to Alter or Amend and to Vacate the March 19, 2009 Judgment Pursuant to Fed. R. Civ. P. 59(e) and to Vacate the Court's March 18, 2009 Attorneys Fee Order (Doc. 304) is granted;

2.    The Judgment entered March 19, 2009 (Doc. 303) is vacated;

3.    The Court's Order dated March 18, 2009 (Doc. 302) is vacated; and

4.    Judgment is entered dismissing this action as between Plaintiff and Defendants John M. Cogswell, James L. Crowley, David C. Hjelmfelt and Michael J. Heaphy, each party to bear their own attorneys fees and costs.

DATED: June  5th , 2009.

> FOR THE COURT:
> Gregory C. Langham, Clerk
>
>
> By: s/ Edward P. Butler
>     Edward P. Butler, Deputy Clerk